ORIGINAL COMPLAINT NO. 3

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR -6 A 9: 11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

163240
Jimmie Bozeman
Full name and prison number of plaintiff(s)

v.

Officer B. Johnson
Officer Thompson
Sgt. Anthony Jackson
Selvester Nettles
Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:07CV290-WKW
(To be supplied by the Clerk of the U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes (✓) No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes (✓) No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit
   Plaintiff(s) Jimmie Bozeman
   Defendant(s) Officer B. Johnson
   Selvester Nettles

2. Court (if federal court, name the district; if state court, name the county)
   _____

3. Docket No. 20036494

4. Name of Judge to whom case was assigned William Core

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

6. Approximate date of filing lawsuit  3-27-07

7. Approximate date of disposition  3-21-07 9:00 Am

II. PLACE OF PRESENT CONFINEMENT  Main Chow Hall

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Bullock Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                  ADDRESS
1. Officer B. Johnson
2. Captin Servester Nettles
3. Sgt. Anthony Jackson
4. Officer Thompson
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  3-22-07
3-24-07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Theaten to hit me in my mouth.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

He said that he would hit me in my mouth everyone in the chow hall heard them say that. Sgt. Anthony Jackson was in there Captin Sevester Nettles was there

-2-

GROUND TWO: I was eating when Sgt. Anthony Jackson and

SUPPORTING FACTS: Captin Sevester Nettles and Officer R Thompson and Officer B. Johnson theatend to wet me in my mouth if I tryed to do that again I asked them

GROUND THREE: what was they talking about try they like what

SUPPORTING FACTS: They never would tell me what it was but they kept theating me everyday.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

What I would like the court to do is call warden Tony commins have them transferred.

*Jimmie Bozeman*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-28-07
(date)

*Jimmie Bozeman*
Signature of plaintiff(s)

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE _middle_ DISTRICT OF ALABAMA

_Jimmie Bozeman_,
PETITIONER,

vs

CASE NO. _____

_Selvester neffies_
RESPONDENT,

RECEIVED
2007 APR -6 A 9: 12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SWORN AFFIDAVIT

I, _Jimmie Bozeman_, the affiant do swear under oath that the following statement made regarding the aforementioned case is true and correct to the best of my knowledge and would so aver that:

Page one of two.

Page two of sworn affidavit.

Transferr them far away never to return ever again or I will be pressing charges against them for agervated assault every officer here I would like for them to be transferred for going along with them or shut this prison down before I do something crazy.

_Timmie Boseman_
Signature of Affiant

Sworn to and subscribed to before me this ____ day of _____, 19___.

_____
Notary Public

SEAL

My commission expires _____

Jimmy Bozeman 116324091-20-A
P.O. Box 5107
Union Springs ALa 36089

Legal mail

Honorable Judge
Wallace Capel Jr.
P.O. Box 711
Montgomery Ala 36101

