IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE BOZEMAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:07-cv-290-WKW |
| | ) |
| OFFICER JOHNSON, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

On April 10, 2007, the magistrate judge filed a Recommendation (Doc. # 3) that plaintiff's Application to Proceed *In Forma Pauperis* (Doc. # 2) be denied because of his history of filing frivolous suits.  Further, the magistrate judge recommended that the claims of the plaintiff be dismissed without prejudice for failure to pay the requisite $350.00 filing fee.  Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED;

2. Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. # 2) is DENIED; and

3. Plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 30th day of April, 2007.

                                                    /s/  W.  Keith Watkins
                                            UNITED STATES DISTRICT JUDGE